UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KING SOLOMON SEALS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVERY FALSE IMPERSONATOR ) <br> OF MY OCCUPATIONS, TITLES, ) <br> ETC. IN THE STATE OF ) <br> MISSOURI, ) <br> ) <br> Defendants. ) | No. 4:25-cv-00770-SPM |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on self-represented plaintiff King Solomon Seals' application to proceed in the district court without prepaying fees or costs. Having reviewed the application, the Court will grant it and waive the filing fee. Furthermore, after initial review, the Court will dismiss this action.

**Legal Standard on Initial Review**

Under 28 U.S.C. § 1915(e), a Court must dismiss an indigent plaintiff's complaint that (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. A complaint is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). Dismissals on this ground should only be ordered when legal theories are "indisputably

meritless," or when the claims rely on factual allegations that are "clearly baseless." *Denton v. Hernandez*, 504 U.S. 25, 31 (1992). "Clearly baseless" factual allegations include those that are "fanciful," "fantastic," and "delusional." *Id.* at 32-33 (quoting *Neitzke*, 490 U.S. at 325, 327).

## The Complaint

Plaintiff brings this civil rights action under 42 U.S.C. § 1983 alleging defendants "Every False Impersonator of My Occupations, Titles, Etc. in the State of Missouri" are falsely impersonating him and using his name. Because the complaint is difficult to discern, the Court will quote it in full.

> I have been false-impersonated since 1971. In the whole state of Missouri [interference] with my organization. I've been the first and original man to inhabit this earthland, as King, Solomon Seal, or Seales or Seals and the only Moorish American Asiatic-Moslem in the whole world, and, I made certain that I have "all" and every first and original occupation in the world. I was born or created as male [and] female, so my female name is "Saloam." So, I'm perfected man, as well as perfection of my kind (woman) (personality). The defendants are trying to take my nationality and divine [illegible].

ECF No. 1 at 3.

For relief, plaintiff seeks "$7000,7000,7000 zillion dollars and all wealth, gold, silver and [commerce] from everybody in Missouri and to give them 50 years in prison for their unjust deeds against me." ECF No. 1 at 5.

## Discussion

Based on the complaint, the Court finds plaintiff's claims lack an arguable basis in law and fact, and are frivolous. Plaintiff's legal theories are indisputably meritless and his factual allegations are "fanciful," "fantastic," and "delusional." *See Denton*, 504 U.S. at 32-33 (quoting *Neitzke,* 490 U.S. at 327). Thus, the Court finds that plaintiff's complaint is frivolous and fails to state viable legal claims.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's application to proceed in the district court without prepaying fees and costs is **GRANTED**. [ECF No. 2]

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants are **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that plaintiff's motion to appoint counsel is **DENIED as moot**. [ECF No. 3]

An Order of Dismissal will accompany this Opinion, Memorandum and Order.

Dated this 29th day of May, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE